**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. PX-21-331-04, -05, -** |
| **LEEAV PERETZ,** | * | **06, -08, -09, -10, -11** |
|    a/k/a "Lee Cole," | * | |
| **NATANEL PERETZ,** | * | |
|    a/k/a "Nati Peretz," | * | |
|    a/k/a "Steven Grey," | | |
| **GERY SHER,** | | |
| **ROY BADASH,** | | |
|    a/k/a "Jonathan Taylor," | | |
| **BEN KONDIOTI,** | | |
|    a/k/a "Frank Born," | | |
| **DROR COHEN,** | | |
|    a/k/a "Fabio Morganelli," and | | |
| **CHARLES POLLACK,** | | |
|    a/k/a "Julian Almieda," | | |

       **Defendants**

**\*\*\*\*\*\*\***

## MOTION BY THE UNITED STATES FOR CERTIFIED COPIES OF ARREST WARRANTS

The United States of America, through undersigned counsel, respectfully requests that this Court direct the Clerk's Office of the United States District Court for the District of Maryland to provide the government with two certified copies (i.e., certified by the Clerk's Office) of the arrest warrants issued for the following defendants:  (1) Leeav Peretz a/k/a "Lee Cole"; (2) Natanel Peretz, a/k/a "Nati Peretz," a/k/a "Steven Gray"; (3) Gery Sher; (4) Roy Badash, a/k/a "Jonathan Taylor"; (5) Ben Kondioti, a/k/a "Frank Born"; (6) Dror Cohen a/k/a "Fabio Morganelli"; and (7) Charles Pollack, a/k/a "Julian Almieda."   In support of this Motion, the United States submits as follows:

    1.      On or about August 25, 2021, a federal grand jury sitting in the District of Maryland

returned a five-count Indictment charging eleven defendants in the above-captioned case with conspiracy to commit wire fraud and substantive wire fraud counts.

2.      The United States is in the process of preparing extradition paperwork for the defendants listed above who are believed to be in Israel.   The Government must provide Israeli authorities with two certified copies of several documents including the defendants' August 25, 2021 arrest warrants related to this Indictment.

3.      The Clerk's Office informed the Government that it requires a Court order to produce these documents to the Government.   The United States therefore asks the Court to issue this Order for these documents.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
United States Department of Justice
Criminal Division

By:    _____/s/_____
David D. Hamstra, Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice

2