UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES POLLACK,<br><br>Defendant. | Criminal Action No. PX-21-0331-11 |

## SCHEDULING ORDER

For the reasons stated during today's Motions Hearing, and with agreement of the parties, the Court issues the following deadlines:

| | |
|---|---|
| February 13, 2026 | Government's Supplemental Briefing |
| February 20, 2026 | Defendant's Response |
| February 27, 2026, 10:00 a.m. | Motions Hearing |

Dated: February 2, 2026

/S/
Paula Xinis
United States District Judge