**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | **CRIMINAL NO. PX-21-331** |
| | : | |
| **JONATHAN CARTU et al,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

Upon consideration of the government's motion to seal its April 3, 2026 submission, the Court hereby finds as follows: there is good cause to grant the government's request in light of the content of the proposed sealed item and the information contained therein. The government's submission contains sensitive information and no reasonable alternatives to sealing are available. Specifically, redaction of sensitive portions of the government's submission would render the submission substantially unreadable and would compromise counsel's ability to convey important information relevant to this case.

Therefore, it is this _____ day of _____ 2026, ORDERED that the government's proposed sealed document is placed under SEAL pending further order of the Court.

_____          _____
Hon. Paula Xinis                                         Date
United States District Judge